UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES − GENERAL**

Case No: 8:15−cv−01675−AG−JCG Date: 4/25/2016

Title: MORGAN CHIKOSI V. SAM'S WEST, INC. ET AL

Present: The Honorable ANDREW J. GUILFORD , U. S. District Judge

Ivette Gomez
Deputy Clerk

Miriam Baird
Court Reporter

Attorneys Present for Plaintiffs:
T. Christopher Tuck, PHV
Ali Abtahi

Attorneys Present for Defendants:
Robert Herrington

**Proceedings:** SCHEDULING CONFERENCE

Cause is called for hearing and counsel make their appearances. Court and counsel confer.

The Court sets the following dates:

Discovery Cutoff is December 20, 2017.

A Final Pretrial Conference is set for February 5, 2018 at 08:30 AM.

A Jury Trial is set for February 20, 2018 at 09:00 AM. Court sets the length of the trial at 7 days.

Scheduling Order Specifying Procedures is signed and filed this date.

The Court orders ADR Procedure No. 3, private mediation.

**cc: ADR**

:08
Initials of Preparer: ig